JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    e-mail: kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

**FILED**
MAR 01 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. ERIN HAYES and RICHARD PONDER,<br><br>    Plaintiffs,<br><br>v.<br><br>COVIDIEN, INC., a corporation,<br><br>    Defendant. | CASE NO. C 14-1511 EDL<br><br>**NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT; [PROPOSED ORDER] TO UNSEAL**<br><br><u>**FILED UNDER SEAL**</u> |

The United States, the State of California, Relators, and Defendant have entered into an agreement to resolve certain claims in this action ("Agreement"). In light of this Agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene for the purposes of settlement. The State of California also intervenes in this action for the purposes of settlement, pursuant to the California False Claims Act, Cal. Gov't Code § 12650 *et seq*.

1. Specifically, the United States and the State of California intervene in this action with respect to civil claims predicated upon the following factual allegations (the "Covered Conduct"):

> The United States and the States contend that they have certain civil claims against Covidien arising from Covidien's provision of practice development support and/or market development support to health care providers located in California and Florida during the period January 1, 2011, through September 30, 2014, to induce those health care providers' purchase of ClosureFASTTM radiofrequency ablation catheters, in violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b, thereby causing the submission of false claims to Medicare and to the California and Florida Medicaid programs.

2. Under the terms of the Agreement, the United States, the State of California, and Relators are obligated to promptly sign and file a Stipulation of Dismissal of this action following the receipt of the Settlement Amount, which must be received no later than 10 days after the Effective Date of the Agreement.

3. It is the United States' position that applications filed by the United States for extensions of the investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter should properly remain under seal, because such papers discuss the content and extent of the United States' investigation and are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended and/or partially lifted. However, the United States recognizes that the Court disagrees with this position, as set forth in *United States v. Broker Solutions, Inc.*, Civ. No. 17-04384-EDL, ECF No. 17 (Aug. 6, 2018). Accordingly, the United States and the State of California request that the Court unseal this action. Relators consent to this request.

NOTICE OF INTERVENTION; PROPOSED ORDER TO UNSEAL
C 14-1511 EDL

A proposed order accompanies this Notice.

DATED: ~~February~~ 1, 2019
March

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

_____
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: February 27, 2019

XAVIER BECERRA
Attorney General for the State of California

_____
SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

NOTICE OF INTERVENTION; PROPOSED ORDER TO UNSEAL
C 14-1511 EDL

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

**Notice of Intervention for Purposes of Settlement; [Proposed] Order to Unseal**

**Case No.: C 14-1511-EDL**

**FILED UNDER SEAL**

to be served this date upon the party(ies) as follows:

Christian Schreiber
Olivier Schreiber & Chao, LLP
201 Filbert Street, Suite 201
San Francisco, CA  94133

__√__  BY FIRST CLASS MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

_____ BY PERSONAL SERVICE, (MESSENGER)

_____ FEDERAL EXPRESS

_____ FACSIMILE, (FAX) Telephone No.:

_____ BY E-MAIL: I caused each such document to be sent by email to the person or offices of each address above.

_____ CERTIFIED MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 3/1/19

TINA LOUIE
Legal Assistant

Certificate of Service