OLIVIER SCHREIBER & CHAO LLP
Christian Schreiber (Cal. Bar No. 245597)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 231-0037
christian@osclegal.com

BROWN | POORE LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94523
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com
dpoore@bplegalgroup.com

*Attorneys for Plaintiffs-Relators ERIN HAYES
and RICHARD PONDER*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. ERIN HAYES and RICHARD PONDER,<br><br>Plaintiffs,<br><br>v.<br><br>COVIDIEN, INC., a corporation,<br><br>Defendant. | CASE NO. C 14-1511 EDL<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**Fed. R. Civ. Prod. 41(a)(1)(A)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs-Relators Erin Hayes and Richard Ponder (together, "Plaintiffs") and Defendant Covidien LP[1] ("Covidien") hereby stipulate and agree that Plaintiffs' claims alleged and asserted pursuant to 31 U.S.C. § 3730(h) in the above-captioned action (Case No. C 14-1511 EDL), as set forth and alleged in the Third and Fourth Counts, respectively, of the operative complaint therein, shall be dismissed with prejudice, as a result of settlements reached between Plaintiffs and Covidien. The Government is informed of and does not object to the filing of this stipulated dismissal. Each party will bear its own costs and fees as set forth in the agreements.

**SO STIPULATED AND AGREED TO BY:**

Dated: May 3, 2019       OLIVIER SCHREIBER & CHAO LLP

                                     BROWN | POORE LLP

                                     By:  */s/ Christian Schreiber*
                                              Christian Schreiber

                                     Attorneys for Plaintiffs-Relators,
                                     ERIN HAYES AND RICHARD PONDER

Dated: May 3, 2019       ROPES & GRAY LLP

                                     By:  */s/ Anne Johnson Palmer*
                                              Anne Johnson Palmer

                                     ANNE JOHNSON PALMER (CSB # 302235)
                                     anne.johnsonpalmer@ropesgray.com
                                     ROPES & GRAY LLP
                                     Three Embarcadero Center
                                     San Francisco, CA 94111-4006
                                     Tel: (415) 315-6300
                                     Fax: (415) 315-6350

                                     Attorneys for Defendant,
                                     COVIDIEN LP

---

[1] Covidien LP was erroneously named as Covidien, Inc. in the complaint.