JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    e-mail: kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. ERIN HAYES and RICHARD PONDER,<br><br>    Plaintiffs,<br><br>v.<br><br>COVIDIEN, INC., a corporation,<br><br>    Defendant. | CASE NO. C 14-1511 ~~EDL~~ VC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL; ~~[PROPOSED]~~ ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all

JOINT STIPULATION OF VOLUNTARY DISMISSAL; PROPOSED ORDER
C 14-1511 EDL

1

of the terms and conditions of the settlement agreement among the United States, the State of California, the State of Florida, Relators Erin Hayes, Richard Ponder, and Shawnea Howerton, and Covidien LP[1], (the "Settlement Agreement"), the United States, the State of California, and Relators Erin Hayes and Richard Ponder ("the Hayes Relators"), hereby stipulate, through their undersigned counsel, as follows:

1. As to the United States, the claims against Covidien LP are dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement and subject to all of the terms of the Settlement Agreement, and otherwise without prejudice.

2. As to the State of California, the claims against Covidien LP are dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement (including any supplemental state law claims) and subject to all of the terms of the Settlement Agreement, and otherwise without prejudice.

3. As to the Hayes Relators, this action is dismissed with prejudice, subject to all of the terms of the Settlement Agreement and subject to all of the terms of a separate agreement between the Hayes Relators and Covidien LP, which resolves the Hayes Relators' claims pursuant to 31 U.S.C. § 3730(h).

4. According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

5. A copy of the Settlement Agreement will be provided to the Court upon request.

IT IS SO STIPULATED.

---

[1] Covidien LP was erroneously named as Covidien, Inc. in the complaint.

| | | |
|---|---|---|
| 1 | DATED: 5/3 , 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br>DAVID L. ANDERSON<br>United States Attorney |

DATED: 5/3 , 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney

*/s/ Kim Friday*
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: 4/2 , 2019

XAVIER BECERRA
Attorney General for the State of California

*/s/ Siobhan Franklin*
SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

DATED: _____, 2019

_____
CHRISTIAN SCHREIBER
Olivier Schreiber & Chao LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980

Attorney for Relators

DATED: _____, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney

_____
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
Washington, D.C. 20044
Telephone: (202) 616-2856
Fax: (202) 305-7797
e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: _____, 2019

XAVIER BECERRA
Attorney General for the State of California

_____
SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

DATED: April 30, 2019

*/s/ Christian Schreiber*
CHRISTIAN SCHREIBER
Olivier Schreiber & Chao LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980

Attorney for Relators

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: May 20, 2019



JOINT STIPULATION OF VOLUNTARY DISMISSAL; PROPOSED ORDER
C 14-1511 EDL

4